**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800

Peter N. Kapetan, #138068

Attorneys for:     Plaintiff Robert Harcrow

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HARCROW, JANELLE HARCROW, a Minor, by and through her Guardian Ad Litem, Robert Harcrow,<br><br>Plaintiffs,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, a New York Corporation, SONY ELECTRONICS, INC., a Delaware corporation, AIWA STRATEGIC ACCOUNTS PARTNERSHIP, INC., a Delaware corporation, CIRCUIT CITY STORES, INC., a Virginia corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  06-cv-00980 OWW/SMS<br><br><br><br>**STIPULATION RE: PROPER PARTY AND ORDER THEREON** |

　　　IT IS HEREBY STIPULATED by and between Plaintiffs Robert Harcrow and Janell Harcrow, by and through her Guardian Ad Litem, Robert Harcrow ("Plaintiffs") and Defendant AIWA America, Inc. (erroneously sued and served as Sony Corporation of America, Sony Electronics, and AIWA Strategic Accounts Partnership, Inc.) as follows:

　　　1.　　That AIWA America, Inc. is the proper party for the purposes of this Court's jurisdiction in order to adjudicate liability for the present claims made by Plaintiffs;

　　　2.　　That AIWA America, Inc. is the proper party for the purposes of responding to the alleged damages claimed in this action by Plaintiffs;

1
STIPUILATION RE: PROPER PARTY AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

3. That AIWA America, Inc. is the named insured under any applicable insurance policy which would cover the alleged injuries suffered by Plaintiffs;

4. That by entering into the above stipulations AIWA America, Inc. is not admitting liability and expressly reserves the right to adjudicate the issue of liability; and

5. That Plaintiffs will dismiss without prejudice the following named parties: Sony Corporation of America, Sony Electronics, and AIWA Strategic Accounts Partnership, Inc.

DATED: October 5, 2006.                KAPETAN BROTHERS


By ____/s/ Peter Kapetan_____
Peter Kapetan, Attorney for Plaintiffs, ROBERT HARCROW and JANELL HARCROW, by and through her Guardian Ad Litem, Robert Harcrow

DATED: September 29, 2006.            LEWIS BRISBOIS BISGAARD & SMITH


By ____/s/ Jason Chermela_____
Jason Chermela, Attorney for Defendant AIWA America, Inc.

APPROVED:

DATED: __October 6_____, 2006.


_____/s/ OLIVER W. WANGER_____
JUDGE OF THE UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com