UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HARCROW, et al., | ) 1:06-cv-00980-OWW-SMS |
| Plaintiffs, | ) ORDER VACATING HEARING SET FOR |
| v. | ) MARCH 2, 2007, ON PLAINTIFFS' |
| | ) MOTION FOR LEAVE TO FILE AN |
| SONY CORPORATION OF AMERICA, et al., | ) AMENDED COMPLAINT AND DEEMING |
| | ) MOTION SUBMITTED FOR DECISION |
| Defendants. | ) (DOC. 18) |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c) and 72-303.

On January 18, 2007, Plaintiffs filed a motion for leave to file an amended complaint. On January 31, 2007, all defendants who have been served and who remain in the action filed a notice of non-opposition.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion for leave to file an amended complaint is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for

1

1  March 2, 2007, IS VACATED, and the motion IS DEEMED SUBMITTED to
2  the Court for decision.
3  IT IS SO ORDERED.

4  **Dated:    February 22, 2007                /s/ Sandra M. Snyder**
   icido3                                      UNITED STATES MAGISTRATE JUDGE