UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HARCROW, et al., | ) 1:06-cv-00980-OWW-SMS |
| Plaintiffs, | ) ORDER RE: FINDINGS AND |
| v. | ) RECOMMENDATION TO REMAND ACTION |
| | ) TO STATE COURT (DOC. 25) |
| SONY CORPORATION OF AMERICA, et al., | ) |
| | ) ORDER REMANDING ACTION TO THE |
| Defendants. | ) FRESNO COUNTY SUPERIOR COURT |
| | ) |

Plaintiffs are proceeding with a civil action in this Court. This removed matter is pending before the Court pursuant to the Court's subject matter jurisdiction based on diversity of citizenship. It was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

On February 26, 2007, the Magistrate Judge granted Plaintiff's motion for leave to file an amended complaint and filed findings and a recommendation that Plaintiff's action thereafter be remanded to state court pursuant to 28 U.S.C. § 1447(e) because the proposed first amended complaint named a party whose citizenship destroyed diversity of citizenship for the purposes of 28 U.S.C. § 1332.

The findings and recommendation were served on all parties

1

on February 26, 2007, and contained notice that any objections to the findings and recommendations were to be filed within ten court days of the date of service of the order. Ten court days have passed, and no party has filed any objections.

Plaintiffs subsequently filed a first amended complaint on February 26, 2007, in which Plaintiffs named a California corporation, the party the citizenship of which was not diverse.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed February 26, 2007, are ADOPTED IN FULL; and

2. This action IS ORDERED REMANDED to the Fresno County Superior Court. IT IS SO ORDERED.

**Dated:     March 16, 2007          _____/s/ Oliver W. Wanger_____**
emm0d6                                                    UNITED STATES DISTRICT JUDGE